AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARGARITA R. KARPOV, Individually and as
Administratrix of the Estate of Dimity B. Karpov;
MICHAEL DYLAN KARPOV, a Minor, by and
through his Natural Guardian, Margarita R. Karpov
        Plaintiff
        v.   **Civil Action No.**   1:06-CV-195 TLS

AGATA SWIETOSLAWSKI; FOXLINE
TRANSPORTATION, INC.; BLUE LINE
EQUIPMENT, LLC; NET FREIGHT SYSTEM,
INC.; NET TRANS, INC.; PER-SE TECHNOLOGIES,
INC., as plan sponsor and administrator of the Per-Se
Technologies, Inc. Insurance Benefit Plan; NET
TRUCKING, INC.; STANISLAW GIL; and
COMMERCE BENEFITS GROUP AGENCY, INC.,
d/b/a The Commerce Group
        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ *x* Other:   Judgment is entered in favor of the Plaintiffs and against Defendant Stanislaw Gil under the same terms provided in the December 6, 2010 judgment entered against Defendant Net Trucking, as follows, in the following amounts: $6,721,657.00 as compensatory damages for Dmitry Karpov's wrongful death; $2,119,997.20 as compensatory damages for Margarita's personal injury claim; and $6,359,991.60 in punitive damages. It is further ORDERED, pursuant to Ind. Code § 32-18-2-17, that any asset conveyances from Defendant Net Trucking, Inc. to Defendants Agata Swietoslawski, Foxline Transportation, Inc., Blue Line Equipment LLC, Net Freight System, Inc., or Net Trans, Inc., be set aside and annulled to the extent necessary to satisfy this judgment.
    Judgment was entered in favor of the Plaintiffs and against Defendant Net Trucking, as outlined above, on December 6, 2010.

   Defendants Agata Swietoslawski, Foxline Transportation, Inc., Blue Line Equipment, LLC., Net Freight System, Inc., and Net Trans, Inc., were terminated on July 18, 2008. Defendant Per-Se Technologies, Inc. was terminated on December 26, 2007. Defendant Commerce Benefit Group Agency, Inc., d/b/a The Commerce Group, was terminated on May 10, 2006.

This action was (*check one*):

 _x_ decided  by Judge Theresa L. Springmann.

DATE:   December 6, 2011                    STEPHEN R. LUDWIG, CLERK OF COURT

                                                                      by        s/ J. Padly                              

                                                                      *Signature of Clerk or Deputy Clerk*